**2002–1470.   Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 02–579–TP–CSS. Reported at 96 Ohio St.3d 1508, 2002-Ohio-4950, 775 N.E.2d 852. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

RESNICK, J., not participating.